**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

ST. JOHNS UNIVERSITY,
   Plaintiff,

   -against-       Civil Action No.: 26-CV-03280-FB-JRC

TIMOTHY CONNICK, et al,
   Defendants.

AFFIDAVIT OF SERVICE

STATE OF NEW YORK )
COUNTY OF SARATOGA )

  Samuel J. Christiansen, being duly sworn, deposes and says that: he is over the age of eighteen (18) years, is not a party to the action herein and resides in Waterford, NY. That on the 4th day of June 2026, at 2:20 p.m., he served the SUMMONS IN A CIVIL ACTION, CIVIL COVER SHEET, VERIFIED COMPLAINT, RULE 7.1 CORPORATE DISCLOSURE STATEMENT, NOTICE OF MOTION FOR A PRELIMINARY INJUNCTION, PLAINTIFF ST. JOHN'S UNIVERSITY'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR A PRELIMINARY INJUNCTION, DECLARATION OF SIMON GEIR MØLLER IN SUPPORT OF PLAINTIFF'S PRELIMINARY INJUNCTION MOTION WITH EXHIBITS A-G, DECLARATION OF LINDA SHANNON IN SUPPORT OF PLAINTIFF'S PRELIMINARY INJUNCTION MOTION WITH EXHIBITS A-O, DECLARATION OF AIDAN R. ROONEY IN SUPPORT OF PLAINTIFF'S PRELIMINARY INJUNCTION MOTION WITH EXHIBITS A-O, NOTICE OF APPEARANCE BY MICHAEL S. KRATOCHVIL, NOTICE OF APPEARANCE BY HOWARD Z. ROBBINS, AND NOTICE OF APPEARANCE BY YONATAN L. GROSSMAN-BODER in the above entitled action, upon the NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, by delivering to and leaving with Suzanne Pohl, true copies thereof.

Location of Service: Empire State Plaza, Agency Building 2, Albany, NY 12220.
Manner of Service: By Suzanne Pohl, Office of Counsel, authorized to accept service.
Description of Person Served: perceived sex: female, age: 35, perceived race: white, height: 5'6",
  Weight: 145, hair color: blonde.

                  _____
                     Samuel J. Christiansen

Sworn to before me this
4th day of June 2026

_____



OFFICIAL SEAL
NICOLLE C. CHRISTIANSEN
Notary Public-New York
No. 01CH6408751
My Commission Expires
SEPTEMBER 08, 20__