UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

_____

ST. JOHN'S UNIVERSITY,

                         Plaintiff,

             - against -                     No. 1:26-cv-03280 (FB)(JRC)

TIMOTHY CONNICK, BARBARA DEINHARDT,
ROSEMARY TOWNLEY, LAURA DELANEY,
and JOSEPH O'DONNELL in their capacity as
Officials of the New York State Public Employment
Relations Board, and the NEW YORK STATE
PUBLIC EMPLOYMENT RELATIONS BOARD,

                                      NOTICE OF UNOPPOSED
               Defendants.         MOTION TO INTERVENE

_____


TO:    Howard Z. Robbins, Esq.
       Proskauer Rose LLP
       11 Times Square
       New York, New York 10036
       (212) 969-3000
       hrobbins@proskauer.com

       Karen Cacace, Esq.
       Young Woo Lee, Esq.
       Labor Bureau
       Office of the Attorney General of the State of New York
       28 Liberty Street, 15th Floor
       New York, New York  10005
       (646) 385-0421
       Young.Lee@ag.ny.gov


PLEASE TAKE NOTICE that upon the declaration of Katherine H. Hansen dated June

12, 2026 and the exhibits annexed thereto and the Memorandum of Law in Support of

Unopposed Motion to Intervene, the St. John's Chapter of the American Association of

University Professors and the Faculty Association at St. John's University (collectively, "the

Unions") will move this Court, pursuant to Rule 24 of the Federal Rules of Civil Procedure, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date to be determined by the Court, for an order granting the Unions leave to intervene in this matter as defendants.

Dated:  New York, New York
      June 12, 2026

GLADSTEIN, REIF & MEGINNISS LLP

By:   /s/ Katherine H. Hansen
     Katherine H. Hansen

     39 Broadway, Suite 2430
     New York, New York 10006
     (212) 228-7727
     khansen@grmny.com

     Attorneys for the Unions