

June 12, 2026

***Via CM/ECF***

Hon. Frederic Block, U.S. District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *St. John's University v. Connick, et. al.*
       Case No. 1:26-cv-03280-FB-JRC
       <u>Re: Joint Letter - Request for Adjournment of June 25, 2026 Oral Argument on Plaintiff's</u>
       <u>Motion for Preliminary Injunction; Parties' Stipulation containing Proposed Briefing</u>
       <u>Schedule; and Proposed Order</u>

Dear Judge Block:

Pursuant to your Honor's *Motion Practices and Rules* § 1(D), Plaintiff and Defendants submit this joint letter to provide an update on the status of the underlying Public Employment Relations Board ("PERB") proceeding and respectfully request an adjournment of the June 25, 2026 oral argument on Plaintiff's Motion for Preliminary Injunction (*See* Scheduling Order, dated 06/05/2026).

PERB will hold in abeyance any matters that have been or may be filed by the Faculty Association at St. John's University and the St. John's Chapter of the American Association of University Professors (collectively, the "Union") in which Plaintiff is a party. Pursuant to the attached letter from PERB, this includes, but is not limited to, the unfair labor practice charge challenging Plaintiff's decision to withdraw recognition from the Union (*See* PERB Case No. UP-40329). These matters will be held in abeyance until a decision is rendered by the Court on the Plaintiff's preliminary injunction motion.

Further, Defendants' deadline to serve and file a response is June 16, 2026 (*See* Scheduling Order, dated 06/05/2026). Accordingly, the parties respectfully request an extension of time and have agreed to the proposed briefing schedule outlined in the attached stipulation and proposed order. In addition to responding to Plaintiff's motion, the proposed briefing schedule reflects Defendants' intention to file a Motion to Dismiss Plaintiff's Complaint. In connection with both motions, the parties request an increase of the page limitation set forth in *Motion Practices and Rules* § 2(C) from 25 pages to 40 pages for memoranda of law in support of and in opposition, and from 10 to 20 for reply memoranda.

Given the parties' agreement, both parties respectfully request that the Court waive the pre-motion conference requirement and allow the motion to proceed according to the agreed-upon schedule. However, the parties are prepared to submit the request for pre-motion conference, pursuant to *Motion Practices and Rules* § 2(A), should the Court so require.

This is the first request to adjourn the oral argument and the first request to extend the briefing deadlines. This request is being submitted jointly, and it does not affect any other dates beyond those contained in the Stipulation's proposed briefing schedule and the proposed order.

Finally, the Union has filed a motion to intervene in these proceedings (Docket nos. 33-34). Both parties consent to the Union's intervention.

We thank the Court for its time and attention to this matter. We are available for any questions or further discussions at the Court's convenience.

Respectfully submitted,


By: /s/ *Howard Z. Robbins*
Howard Z. Robbins
Partner
Proskauer Rose LLP
Eleven Times Square
New York, New York 10036
(T) 212-969-3000
(F) 212-969-2900
hrobbins@proskauer.com
*Attorneys for Plaintiff St. John's University*

/s/ *Young Woo Lee*
Young Woo Lee
Assistant Attorney General
Labor Bureau
Office of the Attorney General of the
State of New York
28 Liberty Street, 15th Fl.
New York, NY 10005
646-385-0421
Young.Lee@ag.ny.gov
*Attorneys for Defendants*


Attachments