UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ST. JOHN'S UNIVERSITY, <br><br> *Plaintiff,* <br><br> - against – <br><br> TIMOTHY CONNICK, BARBARA DEINHARDT, ROSEMARY TOWNLEY, LAURA DELANEY, and JOSEPH O'DONNELL in their capacity as Officials of the New York State Public Employment Relations Board, and the NEW YORK STATE PUBLIC EMPLOYMENT RELATIONS BOARD, <br><br> *Defendants.* | Civil Action No. 1:26-cv-03280-FB-JRC <br><br> **ORDER** |

Upon consideration of the stipulation submitted by the parties regarding Plaintiff's pending motion for preliminary injunction and Defendants' anticipated filing of a motion to dismiss, and for good cause shown, it is hereby ORDERED that:

1. Defendant, the Public Employment Relations Board (PERB), will hold in abeyance any matters that have been or may be filed by the Faculty Association at St. John's University and the St. John's Chapter of the American Association of University Professors (collectively, the "Union") in which Plaintiff is a party (including, but not limited to, PERB Case No. UP-40329) until a decision is rendered by the Court on the Plaintiff's preliminary injunction motion.

2. The following briefing schedule is confirmed:

    a.  Defendants' memorandum of law in opposition to Plaintiff's motion for preliminary injunction and in support of Defendants' motion to dismiss will be served on or by July 31, 2026.

    b.  Plaintiff's memorandum of law in reply to Defendants' opposition and in opposition to Defendants' motion to dismiss will be served on or by August 28, 2026.

    c.  Defendants' reply to Plaintiff's opposition will be served on or by September 18, 2026.

    d.  In accordance with § 2(D) of Judge Block's Motion Practices and Rules, the parties will file their respective memoranda after both motions have been fully briefed.

3. Memoranda of law in support of and in opposition to the motions contemplated herein are limited to 40 pages exclusive of tables and covers, and reply memoranda are limited to 20 pages exclusive of tables and covers.

4. The deadline for Defendants to file a response to the Complaint under Federal Rule of Civil Procedure 12 will be July 31, 2026.

5. The Court will set a date for oral argument after all briefing is complete.

6. The parties consent to intervention by the Union in these proceedings. The Court will rule on any motion to intervene in due course.

IT IS SO ORDERED.

Dated:


/S/ Frederic Block  6-15-2026
_____
Hon. Frederick Block
U.S. District Judge
Eastern District of New York