

August 7, 2026

**<u>VIA ELECTRONIC MAIL</u>**

Counsel for Plaintiff
Michael Kratochvil, Howard Z. Robbins, and Yonatan L. Grossman-Boder
Proskauer Rose LLP
MKratochvil@proskauer.com, HRobbins@proskauer.com,YGrossman-Boder@proskauer.com


Counsel for Intervenor
Katy Hansen, Kent Hirozawa, and  Nicolette Moore
Gladstein, Reif & Meginniss, LLP
khansen@grmny.com, khirozawa@grmny.com, nmoore@grmny.com

Re:     *St. John's University v. Connick, et. al.*
        Case No. 1:26-cv-03280-FB-JRC

Dear Counsel for Plaintiff and Intervenor,

This office represents Defendants Timothy Connick, Barbara Deinhardt, Rosemary Townley, Laura Delaney, and Joseph O'Donnell in their capacity as Officials of the New York State Public Employment Relations Board, and the New York State Public Employment Relations Board.

Enclosed please find copies of Defendants' Notice of Motion to Dismiss the Complaint, Memorandum of Law in Support of Defendants' Motion to Dismiss and in Opposition to Plaintiff's Motion for Preliminary Injunction, and Declaration of Erika E. Vera Livas with accompanying Exhibits A-B, in connection with the above-referenced case.

Respectfully,
/s/
Erika E. Vera Livas
Assistant Attorney General
(212) 416-8703